TDCJ Offender Details     03,226-01     Page 1 of 2



# Offender Information Details

Return to Search list

| | |
|---|---|
| **SID Number:** | 08365582 |
| **TDCJ Number:** | 01767318 |
| **Name:** | NORWOOD,NOEL BAIRD III |
| **Race:** | W |
| **Gender:** | M |
| **DOB:** | 1974-06-10 |
| **Maximum Sentence Date:** | 2018-01-09 |
| **Current Facility:** | NEAL |
| **Projected Release Date:** | 2018-01-09 |
| **Parole Eligibility Date:** | 2015-01-09 |
| **Offender Visitation Eligible:** | YES |

*Information provided is updated once daily during weekdays and multiple times per day on visitation days.* **Because this information is subject to change, family members and friends are encouraged to call the unit prior to traveling for a visit.**

## SPECIAL INFORMATION FOR SCHEDULED RELEASE:

| | |
|---|---|
| **Scheduled Release Date:** | Offender is not scheduled for release at this time. |
| **Scheduled Release Type:** | Will be determined when release date is scheduled. |
| **Scheduled Release Location:** | Will be determined when release date is scheduled. |

## Parole Review Information

**Offense History:**

| Offense Date | Offense | Sentence Date | County | Case No. | Sentence (YY-MM-DD) |
|---|---|---|---|---|---|
| 2010-09-23 | AGG SEX ASLT CHILD | 2012-01-13 | MONTGOMERY | 11-01-00582-CR | 6-00-00 |